# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CORALYS NEGRON, ET AL.,**

V.   **SUMMONS IN A CIVIL CASE**

**PATRIOT AUTO SALES, LLC, ET AL.,**

CASE NUMBER: **3:17−CV−00583−JCH**

TO: **Patriot Auto Sales, LLC, Jason Winer**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Daniel S. Blinn**
**Consumer Law Group**
**35 Cold Spring Rd., Suite 512**
**Rocky Hill, CT 06067**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − T. Owens
―――――――――――――――
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2017−04−10 16:15:15.0, Clerk
USDC CTD

**Connecticut State Marshal**
Thomas A. Lyons
P.O. Box 9285
Bridgeport, CT 06601
Phone/ Cell (203)-572-5010, Fax (203)-870-1403

STATE OF CONNECTICUT
                        SS:        Bridgeport           April 17 & 28, 2017
COUNTY OF Fairfield

Summons in a Civil Case #3:17-CV-00582-JCH

**Case**:        Coralys Negron et al v Patriot Auto Sales et al

**Attorney**: Daniel S Blinn 35 Cold Spring Rd Suite 512 Rocky Hill Ct 06067

Then and there, by virtue hereof, I made service of the original Summons in a Civil Case #3:17-CV-00582-JCH, and by direction of Attorney Daniel S Blinn by leaving a true and attested copy of the thereof with the following person(s) at the address indicated:

**Inhand**: Patriot Auto Sales served via agent for service Alfio Fumari inhand at 1565 Park Ave Bridgeport Ct on April 17, 2017 at 1635 hours

**Inhand**: Jason Winer served inhand at 137 Front St Bridgeport Ct on April 28, 2017 at 1650 hours

The within is a true copy of the original Summons in a Civil Case #3:17-CV-00582-JCH, with my doings hereon endorsed.

| | | | |
|---|---|---|---|
| Pages Attested: | 34.00 | (17x2) | Attest: |
| Travel: | 19.65 | | |
| Service: | 40.00 | | |
| Service: | 40.00 | | |
| Endorsement: | 3.60 | | |
| **Total** | **$137.25** | | |

Thomas A. Lyons
State Marshal, Fairfield County