UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CORALYS NEGRON and <br> FRANCISCO NEGRON, <br>    Plaintiffs <br> <br> v. <br> <br> PATRIOT AUTO SALES, LLC AND <br> JASON WINER, <br>    Defendants | ) CIVIL ACTION NO. <br> ) 3:17-CV-00583-JCH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) MAY 9, 2017 |

## MOTION FOR DEFAULT FOR FAILURE TO PLEAD

Pursuant to F.R.C.P. Rule 55, the plaintiffs in the above-captioned action hereby move for an entry of default against the defendant Patriot Auto Sales, LLC for its failure to file a responsive pleading to Plaintiffs' Complaint within the time prescribed by the Federal Rules of Civil Procedure.

                              PLAINTIFFS, CORALYS NEGRON and
                              FRANCISCO NEGRON,

                        By: /s/ *Daniel S. Blinn*
                              Daniel S. Blinn (ct02188)
                              Consumer Law Group, LLC
                              35 Cold Spring Road, Suite 512
                              Rocky Hill, Connecticut 06067
                              Tel (860) 571-0408
                              Fax (860) 571-7457
                              dblinn@consumerlawgroup.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of May, 2017, a copy of foregoing Motion for Default was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Patriot Auto Sales, LLC
Attn:  Alfio Furnari, Its Registered Agent for Service
1565 Park Avenue
Bridgeport, CT  06604

                                              /s/Daniel S. Blinn
                                              Daniel S. Blinn