UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CORALYS NEGRON ET AL

V.                                      CASE NO. 3:17-CV-00583 JCH

PATRIOT AUTO SALES, LLC, ET AL

### ANSWER OF DEFENDANT JASON WINER
### TO COMPLAINT

1. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 1 of the complaint.

2. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 2 of the complint.

3. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 3 of the complaint.

4. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 4 of the complaint.

5. Paragraph 5 of the complaint is admitted.

6. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 6 of the complaint.

7. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 7 of the complaint.

8. Paragraph 8 of the complaint is admitted.

9. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 9 of the complaint.

10. Paragraph 10 of the complaint is admitted.

11. Paragraph 11 of the complaint is admitted.

12. Paragraph 12 of the complaint is admitted.

13. Paragraph 13 of the complaint is admitted.

14. Defendant Jason Winer admits the portion of paragraph 14 which states " Winer and Patriot Auto subsequently discontinued this relationship." As to the balance of paragraph 14 the defendant has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 14.

15. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained n paragraph 15 of the complaint.

16. Defendant Jason Winer denies the portion of paragraph 16 of the complaint which states " who identified himself as owner of Patriot Auto." The balance of paragraph 16 is admitted.

2

17.-27. Paragraphs 17 thru 27 of the complaint are admitted.

28. Paragraph 2 of the complaint is denied.

29. Paragraph 29 of the complaint is admitted.

30. Paragraph 30 of the complaint is admitted.

31. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 31 of the complaint.

32. Paragraph 32 of the complaint is admitted.

33. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 33 of the complaint.

34. Paragraph 34 of the complaint is admitted.

35. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 35 of the complaint.

36. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 36 of the complaint.

37. Paragraph 37 of the complaint is admitted.

38. Paragraph 38 of the complaint is admitted.

39. Paragraph 39 of the complaint is denied.

V. Causes of Action

A. Truth in Lending act as to Patriot Auto

33-38. Paragraphs 33-38 as to Truth in Lending act "A" are addressed to Patriot Auto so the Defendant Jason Winer will not respond to them.

B. Truth in Lending act as to Winer

39. Defendant Jason Winer has insufficient knowledge or information as to the truth of the allegations contained in paragraph 39 of Cause of B of the complaint.

40. Paragraph 40 of Cause of Action B of the complaint is denied.

41. Paragraph 41 of Cause of Action B of the complaint is admitted.

42. Paragraph 42 of Cause of Action B of the complaint is admitted.

43. Paragraph 43 of Cause of Action B of the complaint is denied.

44. Paragraph 44 of Cause of Action B of the complaint is denied.

C. Breach of Warranty

45-47. Defendant Jason Winer has insufficient knowledge or information as to the truth of allegations contained in paragraphs 45-47 of Cause of Action C of the complaint.

48-51. Paragraphs 48-51 of Cause of Action C of the complaint are denied.

4

D. Breach of Express Warranty

52-53.   Defendant Jason Winer has insufficient knowledge or information as to the truth of the allegations contained in paragraphs 52-53 of Cause of Action D of the complaint.

54-56.   Paragraphs 54-56 of Cause of Action D of the complaint are denied.

33-35.   Paragraphs 33-35 of Cause of Action D of the complaint are denied.

E.  Retail Installment Sales Finance Act

36-39.  Paragraphs 36-39 of Cause of Action E of the complaint are denied.

F.  Connecticut Unfair Trade Practices Act.

40-43.   Paragraphs 40-43 of Cause of Action F of the complaint are denied.


Respectfully Submitted,

Defendant Jason Winer

BY _____

Lauren Winer Beck, Esq.
30 Ferry Boulevard Unit 2
Stratford, Connecticut 06615
P- 203-870-8254
F- 203-306-3275
Email: Laurenbec@aol.com
Fed Bar no. ct 29288

5

**CERTIFICATION OF SERVICE**

I hereby certify that on May 15, 2017 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by operation of the Court's electronic filing system.

Lauren Winer Beck, Esq.