UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| CORALYS NEGRON and ) | CIVIL ACTION NO. |
| FRANCISCO NEGRON, ) | 3:17-CV-00583-JCH |
|     Plaintiffss ) | |
| ) | |
| v. ) | |
| ) | |
| PATRIOT AUTO SALES, LLC AND ) | |
| JASON WINER, ) | |
|     Defendants ) | |
| _____) | JUNE 9, 2017 |

**MOTION FOR JUDGMENT**

Pursuant to Fed. R Civ. P. 55(b), the Plaintiffs hereby move that judgment enter against the defendant Patriot Auto Sales, LLC.  Plaintiffs seeks judgment in the form of an award of statutory damages totaling $2,000, actual damages in the amount of $2,495, punitive damages of $10,000 and an order for post judgment interest pursuant to Conn. Gen. Stat. § 37-3a at the rate of 10%. Plaintiffs also seek an order indicating that acceptance of the subject vehicle was validly revoked, or in the alternative, an order granting rescission of the contract.

In support of this Motion, Plaintiffs attach their Memorandum of Law in Support of Motion for Judgment.

PLAINTIFFS, CORALYS NEGRON and FRANCISCO NEGRON,

By: /s/ *Brendan L. Mahoney*
     Daniel S. Blinn (ct02188)
     dblinn@consumerlawgroup.com
     Brendan L. Mahoney (ct29839)
     bmahoney@consumerlawgroup.com
     Consumer Law Group, LLC
     35 Cold Spring Road, Suite 512
     Rocky Hill, Connecticut 06067
     Tel (860) 571-0408
     Fax (860) 571-7457

## CERTIFICATION

I hereby certify that on this 9th day of June 2017, copies of foregoing Motion for Judgment, Memorandum in Support of Motion for Judgment, Affidavit of Coralys Negron, and Declaration of Daniel S. Blinn, were filed electronically and served by mail on anyone unable to accept electronic filing, as listed below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Patriot Auto Sales, LLC
1565 Park Ave
Bridgeport, CT 06604

Lauren Winer-Beck
30 Ferry Boulevard Unit 2
Stratford, CT 06615
*Counsel for Jason Winer*

/s/ *Brendan L. Mahoney*
Brendan L. Mahoney