UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CORALYS NEGRON and ) | CIVIL ACTION NO. |
| FRANCISCO NEGRON, ) | 3:17-CV-00583-JCH |
|    Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| PATRIOT AUTO SALES, LLC AND ) | |
| JASON WINER, ) | |
|    Defendants ) | |
| _____ ) | SEPTEMBER 28, 2017 |

## JOINT STATUS REPORT

Defendant Patriot Auto Sales, LLC was defaulted for failure to respond to the Complaint. Plaintiff filed a motion for judgement and the motion was denied. On August 9, defendant Jason Winer filed a motion to amend his answer and the case was referred to USMJ Sarah Merriam for a ruling. Plaintiffs filed a Motion for Leave to Amend Complaint on September 25, 2017 seeking to add a claim for forgery. Winer opposes the amendment.

Plaintiffs and defendant Jason Winer have exchanged written discovery Plaintiffs have served their responses. Defendant Winer requested an extension until October 25, 2017 to respond.

The deadline to disclose experts was September 15, 2017 and no experts were disclosed by any of the parties. The current deadline to complete discovery is January 15, 2018 and the parties anticipate meeting that deadline.

The parties do not consent to either a jury trial or a bench trial before a magistrate judge. The parties expect that the trial will last for one day.

                PLAINTIFFS, CORALYS NEGRON AND FRANCISCO NEGRON,

By: /s/ *Daniel S. Blinn*
     Daniel S. Blinn (ct02188)
     dblinn@consumerlawgroup.com
     Consumer Law Group, LLC
     35 Cold Spring Rd. Suite 512
     Rocky Hill, CT  06067
     Tel. (860) 571-0408
     Fax (860) 571-7457

DEFENDANT, JASON WINER

By: /s/ *Lauren Winer Beck*
     Lauren Winer Beck (ct29288)
     30 Ferry Boulevard Unit 2
     Stratford, CT 06615
     Tel. (203) 870-8254
     Fax (203) 306-3275
     Laurenbec@aol.com

<u>CERTIFICATION</u>

  I hereby certify that on this 28th day of September, 2017, a copy of the foregoing status report was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

         <u>/s/ *Daniel S. Blinn*</u>
         Daniel S. Blinn