UNITED STATES DISTRICT COURT
**DISTRICT OF CONNECTICUT**

CORALYS NEGRON ET AL

V.                                          CASE NO. 3:17-CV-00583 JCH

PATRIOT AUTO SALES, LLC, ET AL

NOVEMBER 7, 2017

## WITHDRAW OF MOTION TO COMPEL

The Defendant Jason Winer through counsel herein withdraws his motion to compel directed at the Plaintiffs and dated October 23, 2017.

Defendant Jason Winer

BY _____
Lauren Winer Beck, Esq.
30 Ferry Boulevard Unit 2
Stratford, Connecticut 06615
P- 203-870-8254
F- 203-306-3275
Email: Laurenbec@aol.com
Fed Bar no. ct 29288

CERTIFICATION OF SERVICE

I hereby certify that on November 7, 2017 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by operation of the Court's electronic filing system.

_____
Lauren Winer Beck, Esq.