UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CORALYS NEGRON and ) | CIVIL ACTION NO. |
| FRANCISCO NEGRON, ) | 3:17-CV-583 (JCH) |
|    Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| PATRIOT AUTO SALES, LLC AND ) | |
| JASON WINER, ) | |
|    Defendants ) | |
| _____) | NOVEMBER 7, 2017 |

## NOTICE OF COMPLIANCE

Notice is hereby given that Plaintiff Coralys Negron has complied with Defendant Jason Winer's Interrogatories and Requests for Production dated July 24, 2017.

                                                    PLAINTIFF, CORALYS NEGRON

                                       By: /s/ *Brendan L. Mahoney*
                                       Daniel S. Blinn (ct02188)
                                       dblinn@consumerlawgroup.com
                                       Brendan L. Mahoney (ct29839)
                                       bmahoney@consumerlawgroup.com
                                       Consumer Law Group, LLC
                                       35 Cold Spring Rd. Suite 512
                                       Rocky Hill, CT  06067
                                       Tel. (860) 571-0408
                                       Fax (860) 571-7457

## CERTIFICATION

I hereby certify that on this 7th day of November, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ *Brendan L. Mahoney*
Brendan L. Mahoney