**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT

CORALYS NEGRON ET AL

V.                                          CASE NO. 3:17-CV-00583 JCH

PATRIOT AUTO SALES, LLC, ET AL   January 11, 2019

**ANSWER OF DEFENDANT JASON WINER**
**TO AMENDED COMPLAINT**

1. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 1 of the amended complaint.

2. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 2 of the amended complaint.

3. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 3 of the amended complaint.

4. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 4 of the amended complaint.

5. Paragraph 5 of the amended complaint is admitted.

6. Paragraph 6 of the amended complaint is denied.

7.  Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 7 of the amended complaint.

8.  Paragraph 8 of the amended complaint is admitted.

9.  Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 9 of the amended complaint.

10. Paragraph 10 of the amended complaint is admitted.

11. Paragraph 11 of the amended complaint is admitted.

12. Paragraph 12 of the amended complaint is admitted.

13. Paragraph 13 of the amended complaint is admitted.

14. Defendant Jason Winer admits the portion of paragraph 14 which states " Winer and Patriot Auto subsequently discontinued this relationship."  As to the balance of paragraph 14 the defendant has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 14.

15. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained n paragraph 15 of the amended complaint.

2

16.   Defendant Jason Winer denies the portion of paragraph 16 of the amended complaint which states " who identified himself as owner of Patriot Auto."  The balance of paragraph 16 is admitted.

17.-27.   Paragraphs 17 thru 27 of the amended complaint are admitted.

28.   Paragraph 2 of the amended complaint is denied.

29.   Paragraph 29 of the amended complaint is admitted.

30.   Paragraph 30 of the amended complaint is denied.

31.   Paragraph 31 of the amended complaint is denied.

32. Paragraph 32 of the complaint is admitted.

33.   Defendant Jason Winer  has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 33 of the amended complaint.

34.   Paragraph 34 of the amended complaint is admitted.

35.   Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 35 of the amended complaint.

36.   Paragraph 36 of the amended complaint is admitted.

37. Defendant Jason Winer has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 37 of the amended complaint

38.   Paragraph 38 of the amended complaint is admitted.

39.   Paragraph 39 of the amended complaint is admitted.

3

40. Paragraph 40 of the amended complaint is admitted.

41. Paragraph 41 of the amended complaint is denied.

## V. Causes of Action

A. Truth in Lending act as to Patriot Auto

33-38.  Paragraphs 33-38 as to Truth in Lending act "A" are addressed to Patriot Auto so the Defendant Jason Winer will not respond to them.

B.  Truth in Lending act as to Winer

39.  Paragraph 39 of Cause of  Action B of the amended complaint is denied.

40. Paragraph 40 of Cause of Action B of the amended complaint is denied.

41. Paragraph 41 of Cause of Action B of the amended complaint is admitted.

42.  Paragraph 42 of Cause of Action B of the amended complaint is admitted.

43.  Paragraph 43 of Cause of Action B of the amended complaint is denied.

44. Paragraph 44 of Cause of Action B of the amended complaint is denied.

C. Breach of Warranty

45-47.  Defendant Jason Winer has insufficient knowledge or information as to the truth of  allegations contained in paragraphs 45-47 of Cause of Action C of the amended complaint.

48-51.  Paragraphs 48-51 of Cause of Action C of the amended complaint are denied.

D. Breach of Express Warranty

52-53.   Defendant Jason Winer has insufficient knowledge or information as to the truth of the allegations contained in paragraphs 52-53 of Cause of Action D of the amended complaint.

54-56.   Paragraphs 54-56 of Cause of Action D of the amended complaint are denied.

33-35.   Paragraphs 33-35 of Cause of Action D of the amended complaint are denied.

E.  Retail Installment  Sales Finance Act

36-39. Paragraphs 36-39 of Cause of Action E of the amended complaint are denied.

F.  Civil Forgery

40-41. Paragraphs 40-41 of Cause of Action F of the amended complaint are denied.

G. Connecticut Unfair Trade Practices Act.

42-45.   Paragraphs 42-45 of Cause of Action G of the amended complaint are denied.

5

**BY WAY OF SPECIAL DEFENSE**

1.  The Defendant Jason Winer is not a "creditor" within the meaning of 15 U.S.C.

    Section 1602(g) and therefore this Court lacks subject matter jurisdiction to hear

    this matter before it.

Respectfully Submitted,

Defendant Jason Winer

BY  _____

> Lauren Winer Beck, Esq.
> 30 Ferry Boulevard Unit 2
> Stratford, Connecticut 06615
> P- 203-870-8254
> F- 203-306-3275
> Email: Laurenbec@aol.com
> Fed Bar no. ct 29288

**CERTIFICATION OF SERVICE**

I hereby certify that on January 11, 2019 a copy of the foregoing was filed

electronically and served by mail on anyone unable to accept electronic filing.  Notice

of this filing will be sent by operation of the Court's electronic filing system.

_____
Lauren Winer Beck, Esq.

6