UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CORALYS NEGRON ET AL

V.                                          CASE NO. 3:17-CV-00583 JCH

PATRIOT AUTO SALES, LLC, ET AL

March 7, 2019

**MOTION IN LIMINE**

The Defendant Jason Winer hereby moves this Court to preclude admission of listed Plaintiffs' exhibit 8 in the parties Joint Trial Memorandum. Exhibit 8 refers to an Invoice of Dan Perkins Subaru Inc. which purportedly shows the "oil feedline leaking oil, the engine making a knocking noise, leaking struts that need replacement, air conditioning making noises" of the vehicle that is subject of the case at bar. The date of the invoice is November 30, 2016.

The relevant inquiry in the case at bar is whether the subject vehicle had a defective engine at the time of sale pursuant to Connecticut General Statutes Sections 42a-2-314, breach of Implied Warranty of Merchantability and 42a-2-313, breach of Express Warranty. The date

1

of sale of the subject vehicle was October 27, 2016. The invoice listed as Plaintiff's exhibit 8 does not specify or detail that the subject vehicle had a defective engine at the date of sale of October 27, 2016 and thus is not relevant evidence per Federal Rule of Evidence 401.

Wherefore, The Defendant Jason Winer respectfully requests this Court to exclude Plaintiff's exhibit 8 as listed in the Joint Trial Memorandum.

Defendant Jason Winer

BY _____
Lauren Winer Beck, Esq.
30 Ferry Boulevard Unit 2
Stratford, Connecticut 06615
P- 203-870-8254
F- 203-306-3275
Email: Laurenbec@aol.com
Fed Bar no. ct 29288

**CERTIFICATION OF SERVICE**

I hereby certify that on March 7, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by operation of the Court's electronic filing system.

Lauren Winer Beck