UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CORALYS NEGRON and ) | CIVIL ACTION NO. |
| FRANCISCO NEGRON, ) | 3:17-CV-583 (JCH) |
|    Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| PATRIOT AUTO SALES, LLC AND ) | |
| JASON WINER, ) | |
|    Defendants ) | |
| _____ ) | MARCH 13, 2019 |

**OBJECTION TO DEFENDANT JASON WINER'S MOTION IN LIMINE**

Plaintiffs, Coralys Negron and Francisco Negron ("Plaintiffs"), submit the following in objection to Jason Winer's ("Winer'") motion in limine .Winer objects to Exhibit 8, which is an invoice from Dan Perkins Subaru, Inc. regarding a diagnostic it performed of the subject vehicle on the basis that it is not relevant.

Under Fed. R. Evid. 402, relevant evidence is admissible. Under Rule 401, "Evidence is relevant if: a) it has any tendency to make a fact more or less probable than it would be without the evidence; and b) the fact is of consequence in determining the action."

The proffered invoice is dated November 30, 2016 and Ms. Negron took delivery of the subject vehicle on or about November 8, 2016. This invoice concerns an inspection of the vehicle only 22 days after delivery and after Ms. Negron already alerted Winer of problems she was experiencing with the engine. This invoice is relevant in regards to the condition of the engine when Ms. Negron took delivery of the vehicle.

As such, Winer's motion in limine should be denied.

        PLAINTIFFS, CORALYS NEGRON and
        FRANCISCO NEGRON,

By: /s/ *Daniel S. Blinn*_____
    Daniel S. Blinn (ct02188)
    dblinn@consumerlawgroup.com
    Brendan L. Mahoney (ct29839)
    bmahoney@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408;
    Fax (860) 571-7457

## CERTIFICATION

      I hereby certify that on March13, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

       /s/ *Daniel S. Blinn*
      Daniel S. Blinn