Civil-Trial (3/7/2011)

HONORABLE: Janet C. Hall

DEPUTY CLERK: Diahann Lewis     RPTR/ECRO/TAPE: Terri Fidanza

TOTAL TIME: 2 hours 5 minutes

DATE: 4/11/2019     START TIME: 9:55     END TIME: 12:00

LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:17cv583 (JCH)

Negron et al

vs

Patriot Auto Sales, LLC et al

Daniel Blinn
Plaintiff's Counsel

Lauren Winer Beck
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [ ] ........... Jury of _____ reported. [ ] Jury sworn
- [ ] ........... Juror # _____ excused.
- [ ] ........... Jury Trial held [ ] Jury Trial continued until _____ at _____
- [x] ........... [x] Court Trial begun [x] Court Trial held [ ] Court Trial continued until _____
- [x] ........... Court Trial concluded [x] DECISION RESERVED
- [ ] ....# _____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# _____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# _____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# _____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...... Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...... Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...... Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...... Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...... _____ [ ] filed [ ] docketed
- [ ] ...... _____ [ ] filed [ ] docketed
- [ ] ...... _____ [ ] filed [ ] docketed
- [ ] ...... _____ [ ] filed [ ] docketed
- [ ] ...... _____ [ ] filed [ ] docketed
- [x] ........... Plaintiff(s) rests [x] Defendant(s) rests
- [ ] ........... Briefs(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
- [ ] ........... [ ] Summations held [ ] Court's Charge to the Jury
- [ ] ........... All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] ........... Jury commences deliberations at _____
- [ ] ........... Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] ........... SEE page 2 for verdict
- [ ] ........... COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☐ ......... Verdict Form filed

☐ ......... VERDICT: _____

_____

_____

_____

☐ ......... Court accepts verdict and orders verdict verified and recorded

☐ ......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____