UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CORALYS NEGRON,
FRANCISCO NEGRON,

      Plaintiffs

V.       Civil No.   3:17-CV-583 (JCH)

PATRIOT AUTO SALES, LLC,
JASON WINER,

      Defendants

## JUDGMENT

This matter came on for court trial before the Honorable Janet C. Hall, United States District Judge, which concluded April 11, 2019. The plaintiffs subsequently filed a renewed motion for judgment on May 6, 2019.

Judge Hall entered a ruling containing findings of fact and conclusions of law on May 7, 2019, in favor of the plaintiffs, CORALYS NEGRON and FRANCISCO NEGRON, against the defendants, PATRIOT AUTO SALES, LLC and JASON WINER, in the amount of $7,132.89, jointly and severally, for breach of the implied warranty of merchantability, violation of RIFSA, and violation of CUTPA. Any application for attorneys' fees, costs, or post judgment interest shall be filed within 30 days of the ruling, pursuant to D. Conn. L. Civ. R. 11. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment is entered for the plaintiffs, CORALYS NEGRON and FRANCISCO NEGRON, against PATRIOT AUTO

SALES, LLC and JASON WINER, and the case is closed.

Dated at New Haven, Connecticut, this 8th day of May 2019.

Robin D. Tabora, Clerk

By: ____/s/_____
Julia Reis
Deputy Clerk

EOD: 5/8/19