

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
| Hartford, CT  06103 | New Haven, CT  06510 | Bridgeport, CT  06604 |
| Phone:  860.240.3200 | Phone:  203.773.2140 | Phone:  203.579.5861 |
| Fax:  860.240.3211 | Fax:  203.773.2334 | Fax:  203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

May 28, 2019

**Daniel S. Blinn**
Consumer Law Group
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067

Dear Attorney Attorney Blinn

RE:          Case Name:   Negron et al v. Patriot Auto Sales et al
             Case Number:     3:17cv583 (JCH)

As the above matter has concluded in this court, enclosed is/are the following Plaintiff's Exhibit(s).

Please acknowledge receipt of the Exhibit(s) on the copy of this letter and return it to the clerk's office in the envelope provided.

Thank you for your cooperation.

Sincerely,

ROBIN D. TABORA, CLERK

By _____/s/_____
     Diahann Lewis
     Deputy Clerk

ACKNOWLEDGMENT: _____          DATE _____