## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**CORALYS NEGRON ET AL**

**V.**                                          **CASE NO. 3:17-CV-00583 JCH**


**PATRIOT AUTO SALES, LLC, ET AL**          **JUNE 24, 2019**



## MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS MOTION FOR ATTORNEY FEES


Pursuant to Connecticut Federal Local Rule 7(a)(2), the

Defendant Jason Winer herein submits the foregoing

Memorandum of Law in opposition to the Plaintiffs Motion for

Attorney fees.


### A. Defendant Winer is not Liable for Attorney Fees under Magnuson-Moss

Magnuson-Moss section 15 U.S.C.  section 2310(d)(1) would not

provide a basis for Attorney Fees in this matter.  15 U.S.C.

section 2310(d)(3)(b), of Magnuson-Moss, states:


**1**

paragraph 1(B) of this subsection-

　　　　(B) If the amount of controversy is less than the sum or
value of $50,000.00 (exclusive of interest and costs) computed
on the basis of all claims to be determined in this suit.

Thus, since the total amount of controversy for all claims was
only $7,132.00 the Plaintiffs would not be entitled to Attorneys
Fess under Magnuson-Moss 15 U.S.C. 2310(d)(1).

### B. <u>The Attorney Fees Requested Under CUTPA should be Reduced by the Court</u>

The Plaintiffs are seeking Attorney Fees in the amount of $36,792
and provide billable records from their Attorneys to support this
claimed amount.  The Defendant Winer challenges this amount
on several grounds.  First, entries on the Billable Record
that are unrelated to the CUTPA claim against Defendant Winer
should be stricken.  Second, claimed billable rates for the
paralegal  on the Billable Record are not

2

in line with rates charged in Connecticut. Third, the Fees requested for the Associate Attorney should be stricken. Finally, the Attorney Fee request is excessive.

I. **Entries on the Billable Record that are unrelated to the CUTPA Claim against Defendant Winer should be Stricken**

"[T]he court can award attorney fees under CUTPA only for those expenses that were related to the prosecution of the CUTPA claim." Jacques All Trades Corp v. Brown 57 Conn. App. 189, 752 A.2d 1098, 1105(2000) as cited in Fabri v. United Technologies International, Inc. 389 F.3d 109, 130-131(2d. Cir. 2004).   Also, if the unrelated claims are interrelated factually  to the CUTPA claim attorney fees may be approriate. Id. At Page 130. The following entries on the Billable Record of the Plaintiffs Attorneys are unrelated nor interrelated to the prosecution of the CUPTA claim against Defendant Winer and should be stricken by the Court:

3

1.  **Items circled on Page 11 of Pre-Bill worksheet attached hereto as Exhibit A totaling the sum of $1,706.50.**

2. **Items circled on page 22 of Pre-Bill worksheet attached hereto as Exhibit B related to Patriot Auto Sales LLC totaling $458.00.**

3.  **Items circled on page 77 of Pre-Bill worksheet attached hereto as Exhibit C related to amending complaint for forgery claims totaling $80.00.**

4. **Items circled on page 88 of Pre-Bill worksheet attached hereto as Exhibit D related to  amending complaint for forgery claims totaling $320.00.**

5. **Items circled on page 99 of Pre-Bill worksheet attached hereto as Exhibit E related to amending complaint for forgery claims totaling $430.00.**

6. **Items circled on page 1010 of Pre-Bill worksheet attached hereto as Exhibit F related to amending complaint for forgery claims totaling $60.00.**

7. **Items circled on page 33 of Pre-Billing worksheet attached hereto as Exhibit G related to motion for default and judgment  against Patriot Auto Sales LLC  totaling $812.50.**

8. **Items circled on page 44 of Pre-Billing worksheet attached hereto as Exhibit H related to motion for default and judgment against Patriot Auto Sales LLC totaling $2,132.50**

9. **Items circled on page 55 of Pre-Billing worksheet attached hereto as Exhibit I related to motion for default and judgment against Patriot Auto Sales LLC $350.00.**

4

10.   Items circled on page 2020 of Pre-Billing worksheet attached hereto as Exhibit J related to renewing motion for judgment against Patriot Auto Sales LLC totaling $127.50

11. Items circled on page 2121 of Pre-Billing worksheet attached hereto as Exhibit K claiming payment for estimated work not done totaling $1200.00

The total amount as stated above which should be stricken from the Attorney Fee claimed is $7,677.00 of amounts not related to prosecution of CUPTA claim against Defendant Winer.

II.  **The Billable Charged for Paralegal Services is not in line with rates for Paralegals in Connecticut**

The Plaintiffs in their Billable Record seek compensation for Paralegal services in the amount of $150.00. an hour.  The total amount billed was $4,665.9 for a total time of 30.9 hours.  A recent  Connecticut Federal Court Case  held that a reasonable rate to bill paralegals in Connecticut was $125.00 per hour.

**Geomc Co., Limited v. Calmare Therapeutics, Inc.**   No. 3:14-cv-

5

1222 (VAB) (Judge Victor A. Bolden).  Therefore, the Plaintiffs

claim for legal fees related to paralegal services should be

reduced to a billable rate of $125.00 resulting in a reduction

of $803.4 to the amount of $4,665.9 stated above(These charges

of the paralegal were not of any amounts unrelated to CUTPA

claim as stated above in section I).

### III.   The Court should exclude the Legal Fees of Associate Attorney Brendan Mahoney

"The number of attorneys reasonable necessary to prosecute a

claim is best judged by the trial court, which actually observes

the roles played the attorneys at trial.  Therefore, we have no

basis for holding that the trial court abused its discretion when it

denied fees for a second senior attorney." Fabri v. United

Technologies International, Inc., supra, at page 130.

Attorney Mahoney total time billed, not including matters that

were unrelated to CUTPA claim, was $37.9 hours at the rate of

$275.00 per hour the total amount billed was $10,422.50.

This was not a complicated case which required the billing of an associate.  Attorney Mahoney, with respect, was not at the trial nor at any Court proceedings.  There were only two depositions taken in this matter and discovery was fairly limited.  The dispositive motions filed in this case were not lengthy and did not required  lengthy responses. The trial of this matter lasted only about 2 and half hours.  Therefore, the Court should exercise its discretion in this case as in <u>Fabri,</u> supra, and either not grant fees for Attorney Mahoney or reduce them significantly.

In the alternative, if the Court is willing to grant fees for the work of Attorney Mahoney it should reduce the billable rate from $275.00 an hour to $225.00 an hour.  In <u>Geomc Co., Limited,</u> supra, the Court granted an hourly rate of $225.00 for a junior associate per the rate it determined in Connecticut.  Thus, if the Court reduces the billable rate to $225.00 an hour it would reduce the amount of above of 10,422.50 to $8,527.5.

## IV.    The Attorney Fees Requested are Excessive

The Court has broad discretion in awarding Attorney Fees in this matter.  The Defendant Winer asserts that the request for Fees in the amount of $36, 792.00 is grossly excessive in light of the following factors.

First, the claim under the Truth in Lending Act against the Defendant Winer was baseless at the outset.  The Plaintiffs claimed that the Defendant Winer  acting in the name of Patriot Auto Sales LLC was a "creditor." The Plaintiffs offered no statutory language  or case law that would  support such a claim. In fact, the Plaintiffs seemed to concede this point at trial.  The Plaintiffs erroneously claim in their Motion for Attorney Fees that the Defendant Winer admitted he was a creditor in a prior pleading.  This is not the case.  In the answer to the original complaint the Defendant Winer claimed insufficient knowledge and belief as to the allegation that he was a creditor.  Upon further research the Defendant Winer then denied the "creditor"

8

allegation in the amended complaint.

Second, the claim that the Defendant Winer forged several documents was unproven.  The Plaintiffs spent significant time amending  their complaint to add the forgery count and caused the Defendant to oppose such an amendment.  All  the while not having any proof ever  that the Defendant Winer forged the claimed documents.  In fact this Court found that the Plaintiffs failed to meet their burden   on whether the Defendant Winer committed forgery.

Third, the Plaintiff claimed the Defendant Winer was responsible for a facebook ad for the subject vehicle with a price of $8,500.00.  The evidence was weak at best for this proposition. This Court did not make a finding on this issue as the Court ruled a marker on the windshield of the subject vehicle constituted an advertisement.

9

The Court should consider, among other factors,  the magnitude of the case and results obtained in considering an attorney fee award.  <u>Schoonmaker v. Lawrence Brunoli, Inc.</u>, 265 Conn. 210, 259 (2003).

Reviewing the factors as articulated above this Court should significantly reduce any  Attorney Fee award.  The Plaintiff failed significantly on its "TILA" and "Forgery' claims and never had any proof  from the outset of the case to be successful on them. Therefore, because of this colossal failure the Court should reduce the Attorney Fee award significantly to $10,000.00, which is in the alternative to the reductions sought in sections I-III. above.

DEFENDANT JASON WINER

BY _____

    **Lauren Winer Beck, Esq.**
    **30 Ferry Boulevard Unit 2**
    **Stratford, Connecticut 06615**
    **P- 203-870-8254**
    **F- 203-306-3275**
    **Email: Laurenbec@aol.com**
    **Fed Bar no. ct 29288**
    **His Attorney**

**CERTIFICATION OF SERVICE**

I hereby certify that on June 24, 2019 a copy of the

foregoing was filed electronically and served by mail on anyone

unable to accept electronic filing.  Notice of this filing will be

sent by operation of the Court's electronic filing system.

**Lauren Winer Beck, Esq.**

Date:     6/04/2019
User:     DB

**Pre-Bill Worksheet**

---

Bill To:   **Negron, Coraly s & Francisco v. Patriot A uto Sales LLC - 3:17-cv-583-JCH**

Coralys Negron
300 Hawthorne Avenue
Derby, CT 06418

Billing Cycle:
Status                    Active
Instructions
Fee Arrangement:          Standard - First Bill
Exp Arrangement:          Standard

Billing Actions

Last Bill Date:           n/a
Last Payment Date         6/06/2018

Fees

| Date / Staff | Bill Code / Description | Rate Markup % | Hours DNB Hours | No Chg | Amount | Status | Adj Val | Billed Val |
|---|---|---|---|---|---|---|---|---|
| 12/02/2016 DF | Interviewed Coralys Negron | $95.00 | 0.30 | 0.00 | $28.50 | Billable | $28.50 | $28.50 |
| 1/25/2017 DSB | review additional info sent by client in support of claim; evaluate and notes to file re same | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 1/30/2017 DSB | conf w/ Coralys Negron and Carol (mother); notes to file | $400.00 | 2.00 | 0.00 | $800.00 | Billable | $800.00 | $800.00 |
| 1/30/2017 DSB | telephone interview of Francisco Negron | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 2/01/2017 DF | tct Coralys re: Francisco's interview w/ DB | $95.00 | 0.20 | 0.00 | $19.00 | Billable | $19.00 | $19.00 |
| 2/01/2017 DSB | check status re client tasks | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 2/09/2017 DF | tct Coralys re: insurance costs info., chronology & original docs.; lvm | $95.00 | 0.10 | 0.00 | $9.50 | Billable | $9.50 | $9.50 |
| 2/09/2017 DF | prepare demand letter for db's review | $95.00 | 0.20 | 0.00 | $19.00 | Billable | $19.00 | $19.00 |
| 2/21/2017 DF | tct Coralys re: insurance costs | $95.00 | 0.20 | 0.00 | $19.00 | Billable | $19.00 | $19.00 |
| 3/01/2017 DF | tcf client re: attempted repossession of her vehicle | $95.00 | 0.20 | 0.00 | $19.00 | Billable | $19.00 | $19.00 |
| 3/02/2017 DSB | review and evaluate file and readiness for revocation/litigation; tc w/ client re same (.3); draft revocation | $400.00 | 0.80 | 0.00 | $320.00 | Billable | $320.00 | $320.00 |

11

Pre-Bill Worksheet

notice (.5)

Exhibit B

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/13/2017 DF | tc from Abdel @ Patriot Auto; notes to file | $95.00 | 0.30 | 0.00 | $28.50 | Billable | $28.50 | $28.50 |
| 3/14/2017 DSB | review issue re claim of current operator of Patriot Motors that he is a new business; forward to LM with instructions to investigate | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 3/14/2017 DSB | review message from Jason We iner | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 3/14/2017 DSB | tc w/ Jason W einer (.4); notes to file re same (.1) | $400.00 | 0.50 | 0.00 | $200.00 | Billable | $200.00 | $200.00 |
| 3/14/2017 LM | Research re: Patriot Auto Sales including DMV, Secty of State, Bridgeport assessor records, facebook; notes to file and email to DB. | $150.00 | 1.00 | 0.00 | $150.00 | Billable | $150.00 | $150.00 |
| 3/16/2017 DSB | tc to Abdel (returned call) | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 3/27/2017 DSB | tc from client re vehicle not retrieved; tc w/ Herschel Hamlin (counsel for United Consumer Finance) and notes to file | $400.00 | 0.50 | 0.00 | $200.00 | Billable | $200.00 | $200.00 |
| 3/31/2017 DSB | outline complaint and instructions to LM re same | $400.00 | 0.50 | 0.00 | $200.00 | Billable | $200.00 | $200.00 |
| 3/31/2017 DSB | ex parte settlement conf w/ Judge Merriam | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 4/04/2017 LM | Begin draft of complaint including review of file notes, research for corporate info on UCF and Patriot Auto and research for location of Jason Wi ner | $150.00 | 1.50 | 0.00 | $225.00 | Billable | $225.00 | $225.00 |
| 4/04/2017 LM | Finish drafting complaint. | $150.00 | 1.70 | 0.00 | $255.00 | Billable | $255.00 | $255.00 |
| 4/05/2017 DSB | tc w/ client re offer by United; notes to file and email to Herschel Hamelin | | 0.40 | 0.40 | $0.00 | No Charge | $0.00 | $0.00 |
| 4/07/2017 LM | Draft settlement agreement. | | 0.60 | 0.60 | $0.00 | No Charge | $0.00 | $0.00 |
| 4/10/2017 DF | Proof read complaint & prepare document for efiling with court | | 0.40 | 0.40 | $0.00 | No Charge | $0.00 | $0.00 |
| 4/10/2017 DSB | revise draft settlement agreement and forward to UCF counsel | | 0.30 | 0.30 | $0.00 | No Charge | $0.00 | $0.00 |

Exhibit C

extension of time (.1) and email
to Atty Beck for consent (.1).

| Date | Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 8/18/2017 BLM | review court order regarding discovery deadlines | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 8/21/2017 LM | Receive/review court order re: discovery; calendar court deadline to serve supplemental discovery. | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 8/21/2017 LM | F/U emails to clients re: discovery responses | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 8/24/2017 LM | Letter to clients to call re: discovery | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 8/28/2017 DSB | review deadline re expert witness and evaluate need for same and ability to produce expert | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 8/28/2017 LM | o/c with DB re: expert disclosure deadline | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 9/07/2017 LM | o/c with clients re: discovery responses (.5); f/u tct client re: same (.1); edit Francisco discovery responses (.1) and Coralys (.1). | $150.00 | 0.80 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 9/13/2017 LM | Email to Atty Beck re: 26a disclosure | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 9/13/2017 LM | Draft motion for commission for out of state depo of Courtesy in Attleboro (.3) and look-up entity information on MA secretary of state database (.1). | $150.00 | 0.40 | 0.00 | $60.00 | Billable | $60.00 | $60.00 |
| 9/18/2017 DSB | review documents produced by We iner and evaluate possible forged contract; conf w/ LM re same | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 9/18/2017 DSB | review draft interrogatory responses and revisions to wording of same and revision to objections | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 9/18/2017 LM | Review of def's 26a disclosure | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 9/19/2017 LM | Finalize I&P responses and edits in preparation for sending to clients for final approval (.3); tct Coralys Negron re: same (.1); email to clients with | $150.00 | 0.70 | 0.00 | $105.00 | Billable | $105.00 | $105.00 |

instructions to review and
approve and outlining edits (.1);
scan, redact and email credit
application, purchase order and
bank form (.1) and email to
clients with instructions to
review for accuracy and
confirm signatures (.1).

*Exhibit D*

| Date/Initials | Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 9/19/2017 LM | Draft joint status report | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 9/21/2017 LM | tct client re: signatures on purchase documents (.1); edit/finalize Coralys's responses to I&P (.2); edit/finalize Francisco's responses to I&P (.1). | $150.00 | 0.40 | 0.00 | $60.00 | Billable | $60.00 | $60.00 |
| 9/22/2017 DSB | review LM analysis of documents produced and clients' confirmation of forgeries; instruction to LM re preparation of amended complaint | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 9/22/2017 LM | Prepare discovery responses for service and email to counsel. | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 9/22/2017 LM | Draft motion to amend complaint (.2); prepare amended complaint to include count for civil forgery (.2). | $150.00 | 0.40 | 0.00 | $60.00 | Billable | $60.00 | $60.00 |
| 9/22/2017 LM | Reply to email from Atty Beck stating she didn't receive our discovery requests | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 9/25/2017 BLM | review of court filing | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 9/25/2017 DSB | review issue re counsel for Wi ner unaware of I&P due to email problem and request for extension until 10/25; respond to same (.1); review and revise draft amended complaint and conf w/ LM re ascertaining counsel's position (.2) | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 9/25/2017 LM | Edit joint status report | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 9/25/2017 LM | Edit amended complaint and email to Atty Beck re: consent/objection; reply to Atty Beck's email re: request for extension to respond to discovery, and scheduling depositions (.2); edit/finalize | $150.00 | 0.40 | 0.00 | $60.00 | Billable | $60.00 | $60.00 |

88

motion to amend (.1); conf w/DF
re: client availability for
depositions, coordinating dates
(.1)

*Exhibit E* (handwritten)

| Date | | Description | Rate | Hours | | Amount | Status | | |
|------|--|-------------|------|-------|--|--------|--------|--|--|
| 9/27/2017 DF | | tct client re: deposition dates | $95.00 | 0.10 | 0.00 | $9.50 | Billable | $9.50 | $9.50 |
| 9/28/2017 DSB | | revise draft joint status report and forward to counsel for Wi ner | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 9/29/2017 LM | | Edit status report, efile and calendar deadline for next report | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 9/29/2017 LM | | Comm. w/db re: depo date for client (.1) and tct client re: availability (.1); prepare deposition notice for Jason Wi ner (.2); finalize depo notice and email to counsel and Scribes (.1). | $150.00 | 0.50 | 0.00 | $75.00 | Billable | $75.00 | $75.00 |
| 10/03/2017 DSB | | review objection to motion for leave to amend (.1); prepare memo of law in response to objection (.7) | $400.00 | 0.80 | 0.00 | $320.00 | Billable | $320.00 | ($320.00) |
| 10/03/2017 DSB | | finalize response to objection to motion for leave to amend | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | ($40.00) |
| 10/03/2017 LM | | Prepare reply to def's objection to motion to amend complaint | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | ($30.00) |
| 10/04/2017 DSB | | review surreply re motion for leave to amend | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | ($40.00) |
| 10/04/2017 LM | | Reply to email from Atty Beck re: conference for discovery objections | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 10/12/2017 BLM | | conf w/ DSB regarding outstanding matters; email to Atty beck regarding rule 37 call | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 10/12/2017 DSB | | conf w/ BLM re preparation of offer of compromise | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 10/13/2017 BLM | | pre & call with Atty Beck; notes on call | $275.00 | 0.70 | 0.00 | $192.50 | Billable | $192.50 | $192.50 |
| 10/16/2017 BLM | | email and call to client, calculate and draft offer of compromise | $275.00 | 0.40 | 0.00 | $110.00 | Billable | $110.00 | $110.00 |
| 10/19/2017 BLM | | call w/ client regarding I&P supplemental responses; discussed offer of compromise | $275.00 | 1.20 | 0.00 | $330.00 | Billable | $330.00 | $330.00 |

Pre-Bill Worksheet

*Exhibit F*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/19/2017<br>DSB | review discovery status and<br>approve offer of compromise | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 10/20/2017<br>BLM | review and sign ooc | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 10/20/2017<br>LM | Edit offer of compromise (.1);<br>prepare notice of filing of OOC<br>and sealed envelope (.2). | $150.00 | 0.30 | 0.00 | $45.00 | Billable | $45.00 | $45.00 |
| 10/24/2017<br>BLM | review W iner motion to compel;<br>respond to LM email regarding<br>same | $275.00 | 0.40 | 0.00 | $110.00 | Billable | $110.00 | $110.00 |
| 10/24/2017<br>DSB | review (brief) motion to compel | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 10/26/2017<br>BLM | finalize supplemental responses<br>& email to Atty beck; review<br>Wi ner I&P responses | $275.00 | 1.10 | 0.00 | $302.50 | Billable | $302.50 | $302.50 |
| 10/26/2017<br>LM | Review clerk email re: offer of<br>compromise and prepare to efile<br>sealed (.1); receipt/review of<br>court order granting motion to<br>amend and prepare Amended<br>Complaint for docketing (.1). | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 10/27/2017<br>BLM | conf w/ DSB and LM on case<br>status and strategy, conf w/<br>DSB on obj to mot to compel | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 10/27/2017<br>DSB | conf w/ LM and BLM re misc<br>discovery issues and re need<br>to correct recently filed<br>amended complaint | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 10/27/2017<br>LM | Email to Jeff Beck requesting<br>better copy of purchase order | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 10/31/2017<br>BLM | review opposing counsel's<br>email and respond | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 10/31/2017<br>LM | Prepare Second Amended<br>Complaint (.2) and motion to<br>amend (.2). | $150.00 | 0.40 | 0.00 | $60.00 | Billable | $60.00 | $60.00 |
| 11/02/2017<br>BLM | deposition preparation with<br>client | $275.00 | 1.20 | 0.00 | $330.00 | Billable | $330.00 | $330.00 |
| 11/02/2017<br>DSB | conf w/ BLM and w/ client re<br>upcoming deposition and<br>respond to questions re issues<br>likely to arise | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |

and authorization; finalize offer of compromise; draft supplemental responses; conf w/ DSB on status thereof

Exhibit 6

| Date / Person | Description | Rate | Hours | | Amount | Type | Billed | Total |
|---|---|---|---|---|---|---|---|---|
| 4/10/2017 DSB | review edits to settlement agreement by United; implement same and arrange for execution | | 0.20 | 0.20 | $0.00 | No Charge | $0.00 | $0.00 |
| 4/10/2017 DSB | revise draft complaint and forward to client for approval | $400.00 | 0.70 | 0.00 | $280.00 | Billable | $280.00 | $280.00 |
| 4/27/2017 DF | tct Marshal Lyons re: service; Marshal Lyons served Patriot Auto thru agent for service about a week or so ago; having problems finding Jason W iener, provided Marshal Lyons w/ Jason's phone number. | $95.00 | 0.30 | 0.00 | $28.50 | Billable | $28.50 | $28.50 |
| 4/27/2017 LM | Conf w/DF re: status of service of complaint and problems serving W iner. | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 5/04/2017 DSB | review case status and notes to file | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 5/04/2017 LM | Receipt/review of marshal's return of service, and prepare for efiling; calendar deadline for answers | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 5/09/2017 DSB | Approve default of Patriot Auto | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 5/09/2017 LM | Draft motion for default as to Patriot. | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 5/11/2017 LM | Receive/review order granting default against Patriot; calendar court deadline to file motion for judgment | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 5/12/2017 BLM | conf w/ LM regarding mot for judgment; phone conf w/ DSB regarding mot for judgment and case status | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 5/12/2017 DSB | review order and consideration of motion for jdgt; conf w/ staff re prep of same | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 5/15/2017 BLM | review of file, research on REDACTED draft motion for judgment; memo of law; review answer | $275.00 | 2.20 | 0.00 | $605.00 | Billable | $605.00 | $605.00 |
| 5/15/2017 DSB | review appearance for Jason Wi ner and tc and email to counsel for Mr. W iner | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 5/15/2017 DSB | review W iner's answer to | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |

Exhibit H

complaint and consideration of
apparent admission of scheme
to lease business

| Date/Initials | Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 5/15/2017 LM | Draft 26(f) report (.6); begin draft of 26(a) disclosure (.3) | $150.00 | 0.90 | 0.00 | $135.00 | Billable | $135.00 | $135.00 |
| 5/16/2017 DSB | email exchange w/ Atty Beck re Patriot | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 5/16/2017 DSB | review answer to complaint (.2); instructions to LM re issues to pursue in discovery and to BLM re motion for judgment against Patriot (.1) | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 5/16/2017 LM | tct client re: status and 26(a) disclosure information (.1); Finish drafting 26(a) disclosure, compile documents and redact bank account documents (.7); Draft I&P to W iner (.9). | $150.00 | 1.70 | 0.00 | $255.00 | Billable | $255.00 | $255.00 |
| 5/17/2017 BLM | writing motion for judgment and other associated documents; email same to DSB | $275.00 | 3.00 | 0.00 | $825.00 | Billable | $825.00 | $825.00 |
| 5/18/2017 BLM | mol mot for judgment | $275.00 | 0.60 | 0.00 | $165.00 | Billable | $165.00 | $165.00 |
| 5/18/2017 DSB | brief review of motion for judgment and client affidavit and conf w/ BLM re revisions to same | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 5/26/2017 DSB | tc w/ counsel for Jason W iner and notes to file; email to clients re settlement offer and status | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 6/01/2017 DSB | revise draft 26f report and forward to counsel for W iner | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 6/01/2017 DSB | revise draft motion for judgment and prepare comments re additional revisions re same | $400.00 | 0.90 | 0.00 | $360.00 | Billable | $360.00 | $360.00 |
| 6/02/2017 BLM | edit motion for judgment per DSB's comments | $275.00 | 1.50 | 0.00 | $412.50 | Billable | $412.50 | $412.50 |
| 6/05/2017 BLM | conf w/ DF confirming client to sign affidavit, edit affidavit, conf w/ DSB regarding status of mot for judgment | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 6/07/2017 BLM | final prep of motion for judgment | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 6/08/2017 BLM | finalize mot for judgment; draft DSB declaration; edit regarding | $275.00 | 0.70 | 0.00 | $192.50 | Billable | $192.50 | $192.50 |

44

rescission issue

Exhibit I

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/08/2017 DSB | misc emails re changes to 26f report | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 6/08/2017 DSB | conf w/ BLM re finalization of motion for judgment | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 6/08/2017 DSB | review comments re 26f draft and conf w/ LM re finalizing and filing same; evaluate status and decision to await action on motion for judgment before pursuing discovery | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 6/08/2017 LM | o/c with DB re: 26f edits (.1); edit 26f and email to DB re: counsel's request to change proposed stipulation regarding amount of down payment (.1) | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 6/09/2017 BLM | prepare motion for judgment for filing and transmit to DF | $275.00 | 0.40 | 0.00 | $110.00 | Billable | $110.00 | $110.00 |
| 6/09/2017 DSB | final review and comment on memo of law in support of motion for judgment | $400.00 | 0.40 | 0.00 | $160.00 | Billable | $160.00 | $160.00 |
| 6/15/2017 LM | tct (vmm) Atty Beck re: approval of 26f report | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 6/16/2017 LM | Resent 26f report to Atty Beck after request from Jeff Beck | | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 6/19/2017 LM | Revise 26f with further edits by Atty Beck and resend for final approval (.1); efile 26f (.1) calendar court deadlines (.1) | $150.00 | 0.30 | 0.00 | $45.00 | Billable | $45.00 | $45.00 |
| 7/10/2017 LM | Receipt/review of scheduling order and calendar court deadlines. | | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 7/12/2017 BLM | review J. Hall's decision | | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 7/12/2017 DSB | review order denying motion for judgment and consider MSJ; conf w/ BLM re need to evaluate | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 7/20/2017 BLM | review of file, email to DSB with outline of MSJ | $275.00 | 1.40 | 0.00 | $385.00 | Billable | $385.00 | $385.00 |
| 7/25/2017 DSB | review notice of service of discovery and conf w/ LM and confirm nothing received; discussion w/ LM re same | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |

55

review of pleadings re [REDACTED] and judicial admissions (.5); tc w/ client re trial prep (.5)

**Exhibit J**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/11/2019 BLM | review of court activity | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 4/11/2019 DSB | Trial, including travel to (1.2) and from (.8) court; prep time w/ clients before trial (1.0), attendance at trial (3.0); and brief post-trial conf w/ clients (.2) | $400.00 | 5.20 | 0.00 | $2,080.00 | Billable | $2,080.00 | $2,080.00 |
| 5/02/2019 BLM | review of court activity regarding Patriot default | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 5/02/2019 LM | Receipt and review of court order re: motion for default as to Patriot Auto; calendar court deadline to renew motion | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 5/03/2019 BLM | discuss renewing motion w/ LM | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 5/03/2019 LM | Prepare renewed motion for default as to Patriot Auto | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 5/06/2019 BLM | review and approve renewed motion for judgment | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 5/06/2019 LM | Edit/finalize renewed motion for judgment | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 5/08/2019 BLM | review of bench trial order | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 5/08/2019 DSB | review memo of decision | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 5/08/2019 LM | Receive/review court order on motion for judgment; calendar court deadline to file motion for fees & post-judgment interest | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 5/08/2019 LM | Email court decision to clients | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 5/09/2019 LM | Prepare Bill of Costs. | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 5/09/2019 LM | Draft motion for attorney's fees and postjudgment interest and being drafting supporting MOL. | $150.00 | 1.10 | 0.00 | $165.00 | Billable | $165.00 | $165.00 |
| 5/10/2019 LM | Finish drafting MOL in support of fees and post-judgment interest | $150.00 | 1.80 | 0.00 | $270.00 | Billable | $270.00 | $270.00 |
| 5/30/2019 BLM | review of court activity regarding appeal filed | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |

**Pre-Bill Worksheet**

Exhibit K

| Date / Initials | Description | Rate | Hours | | Amount | Type | | |
|---|---|---|---|---|---|---|---|---|
| 6/03/2019 BLM | review of court activity and conf w/ DSB and LM re. response to show cause order | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 6/03/2019 DSB | conf w/ BLM and LM re appeal and motion for stay of execution and approach to same | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 6/03/2019 LM | Review show cause order re: def's motion to stay enforcement of money judgment and calendar court deadline | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 6/04/2019 BLM | research and draft objection to motion for stay | $275.00 | 2.00 | 0.00 | $550.00 | Billable | $550.00 | $550.00 |
| 6/04/2019 DSB | revise and finalize objection to motion for stay of execution (.2); revise draft memo of law in support of attorney's fees (.3); review draft affidavit and conf w/ LM re need to utilize format listing experience (.1); review time entries for inclusion in final affidavit (.4); finalize affidavit and revise motion and supporting documents to reflect final claim amount (.3) | $400.00 | 1.10 | 0.00 | $440.00 | Billable | $440.00 | $440.00 |
| 6/04/2019 DSB | ESTIMATE - Respond to anticipated opposition to motion for fees, submission of bill of costs, and motion for Offer of Compromise Interest | $400.00 | 3.00 | 0.00 | $1,200.00 | Billable | $1,200.00 | $1,200.00 |
| 6/04/2019 LM | Complete acknowledgement & notice of appearance form | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 6/04/2019 LM | Edit DSB declaration | $150.00 | 0.20 | 0.00 | . $30.00 | Billable | $30.00 | $30.00 |
| Total | Billable Fees | | 134.90 | | $36,792.00 | | | $36,792.00 |