UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CORALYS NEGRON and<br>FRANCISCO NEGRON,<br>    Plaintiffs | ) CIVIL ACTION NO.<br>) 3:17-CV-00583-JCH<br>)<br>) |
| v. | ) |
| PATRIOT AUTO SALES, LLC AND<br>JASON WINER,<br>    Defendants | )<br>)<br>)<br>)<br>) SEPTEMBER 19, 2019 |

## PLAINTIFFS' MOTION FOR RECONSIDERATION

The Plaintiffs move pursuant to FRCP 60 for reconsideration of the Court's order granting, in part, the motion for attorney's fees. Plaintiffs do not contest the court's ruling as to the amount of fees. However, the motion sought fees against both of the defendants. This was proper, because the court's judgment following trial imposed joint and several liability under both CUTPA and Magnuson-Moss. However, the court awarded fees only against the defendant Jason Winer and did not address the motion with respect to the defendant Patriot Auto Sales, LLC. The plaintiff respectfully asks that the award of attorney's fees be made joint and several against both defendants. Otherwise, Patriot would be rewarded for having ignored this action

1

>PLAINTIFFS, CORALYS NEGRON AND
>FRANCISCO NEGRON
>
>By: /s/ *Daniel S. Blinn*
>　　Daniel S. Blinn (ct02188)
>　　dblinn@consumerlawgroup.com
>　　Brendan L. Mahoney (ct29839)
>　　Bmahoney@consumerlawgroup.com
>　　Consumer Law Group, LLC
>　　35 Cold Spring Road, Suite 512
>　　Rocky Hill, Connecticut 06067
>　　Tel. (860) 571-0408
>　　Fax (860) 571-7457

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2019, a copy of foregoing Objection was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

>/s/ *Daniel S. Blinn*
>Daniel S. Blinn