UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CORALYS NEGRON and
FRANCISCO NEGRON
V.
PATRIOT AUTO SALES, LLC
and JASON WINER

CIVIL ACTION NO. 3:17-CV-00583-JCH

## MOTION FOR APPOINTMENT OF PERSON TO SERVE PROCESS

Plaintiff moves this Court to appoint  Marshal John Barbieri , a qualified person over eighteen (18) years of age, residing in  Naugatuck , Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at  Rocky Hill , Connecticut, this 17th day of  October , 20 19 .

_____
Attorney for Plaintiff

SO ORDERED,

ROBIN D. TABORA, Clerk
By:

_____
Deputy Clerk

Dated: _____

Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067
Tel: (860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

Rev. 8/21/14