UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CORALYS NEGRON and<br>FRANCISCO NEGRON,<br>    Plaintiffs<br><br>v.<br><br>PATRIOT AUTO SALES, LLC AND<br>JASON WINER,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   MAY 28, 2020 | CIVIL ACTION NO.<br>3:17-CV-00583-JCH |

## **BILL OF COSTS**

The Plaintiffs hereby submit their Bill of Costs as follows:

| | |
|---|---|
| Entry Fee – U.S. District Court | $400.00 |
| Marshal Fee-Service of Complaint | $137.25 |
| TOTAL | $537.25 |

PLAINTIFFS, CORALYS NEGRON and
FRANCISCO NEGRON

By: /s/ *Daniel S. Blinn*

    Daniel S. Blinn (ct02188)
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, Connecticut 06067
    Tel. (860) 571-0408
    Fax (860) 571-7457
    dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 28th day of May, 2020, a copy of the foregoing Bill of Costs was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Daniel S. Blinn*
Daniel S. Blinn

# Connecticut State Marshal
## Thomas A. Lyons
## P.O. Box 9285
## Bridgeport, CT 06601
## Phone/ Cell (203)-572-5010, Fax (203)-870-1403

**STATE OF CONNECTICUT**

                         SS:         Bridgeport         April 17 & 28, 2017

**COUNTY OF Fairfield**

### Summons in a Civil Case #3:17-CV-00582-JCH

**Case**:         Coralys Negron et al v Patriot Auto Sales et al

**Attorney**: Daniel S Blinn 35 Cold Spring Rd Suite 512 Rocky Hill Ct 06067

Then and there, by virtue hereof, I made service of the original Summons in a Civil Case #3:17-CV-00582-JCH, and by direction of Attorney Daniel S Blinn by leaving a true and attested copy of the thereof with the following person(s) at the address indicated:

**Inhand**: Patriot Auto Sales served via agent for service Alfio Fumari inhand at 1565 Park Ave Bridgeport Ct on April 17, 2017 at 1635 hours

**Inhand**: Jason Winer served inhand at 137 Front St Bridgeport Ct on April 28, 2017 at 1650 hours

The within is a true copy of the original Summons in a Civil Case #3:17-CV-00582-JCH, with my doings hereon endorsed.

| | | | |
|---|---|---|---|
| Pages Attested: | 34.00 | (17x2) | **Attest:** |
| Travel: | 19.65 | | |
| Service: | 40.00 | | |
| Service: | 40.00 | | |
| Endorsement: | 3.60 | | |
| **Total** | **$137.25** | | |

Thomas A. Lyons
State Marshal, Fairfield County