UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CORALYS NEGRON and<br>FRANCISCO NEGRON<br>    Plaintiffs,<br><br>v.<br><br>PATRIOT AUTO SALES, LLC and<br>JASON WINER,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>17-CV-583 (JCH)<br><br><br><br>JUNE 12, 2024 |

**ORDER RE: MOTION FOR JUDGMENT DEBTOR EXAMINATION (DOC. NO. 203)**

The plaintiffs in this case have filed a Motion for Examination of Judgment Debtor (Doc. No. 203).  The court denies the Motion effectively in part and without prejudice but permits the plaintiffs to serve and orders the defendant, Jason Winer, to answer interrogatories under oath to be served upon him.  Conn. Practice Book § 13-20.  If Mr. Winer fails to fully respond within 30 days of service, plaintiffs may renew their Motion.

There is no express authority for what the judgment creditor seeks nor prohibiting it.  Under the circumstances, a five-year-old unsatisfied debt, and diligent efforts by the plaintiffs to locate and seize the defendant's assets, the court determines it is reasonable to allow some further discovery as circumstances may have changed.  The court determines that interrogatories are less burdensome for Mr. Winer and yet may well be sufficient for the plaintiffs' purposes.   The court finds this course of action is not oppressive, unduly burdensome, or costly.   Conn. Practice Book § 13-20(c).

**SO ORDERED**.

Dated at New Haven, Connecticut, this 12th day of June 2024.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge